Certificate Number: 05781-PR-DE-041539226

Bankruptcy Case Number: 23-02967

05781-PR-DE-041539226

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 8, 2026, at 3:34 o'clock PM PDT, Marilyn Vargas-andrew completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Puerto Rico.

Date: October 8, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President